No. 92–9102. CHRISTIANSON v. NEBRASKA. Ct. App. Neb. Certiorari denied.

No. 92–9103. WEBB v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–9104. DIAZ v. RICHARDS ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–9106. FOX v. HUTTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–9107. GONSALVES v. INTERNAL REVENUE SERVICE ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–9108. PERRYMAN v. DEPARTMENT OF LABOR ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–9109. SMITH v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–9110. VALDEZ v. GUNTER, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–9111. VARGAS v. SHUR ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–9113. SWEET v. VOINOVICH, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–9114. WILLIS v. CITY OF CLEVELAND. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 92–9115. SACK v. ST. FRANCIS HOSPITAL ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–9116. TERRIZZI v. STAINER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–9117. SMALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9119. COOKS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.